[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 17-14252
Non-Argument Calendar
_____

D.C. Docket No. 1:16-cr-00005-LJA-TQL-9

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JIMMY TAYLOR,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Georgia
_____

(April 11, 2017)

Before TJOFLAT, NEWSOM and HULL, Circuit Judges.

PER CURIAM:

Robert J. Pinnero, appointed counsel for Jimmy Taylor in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Taylor's conviction and sentence are **AFFIRMED**.